FILED

10/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0512

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0512

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

CLOVIS GENO,

     Defendant and Appellant.

## ORDER

Upon consideration Appellee's motion for a 14-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including November 6, 2023, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 13 2023